# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 18-42077-399 |
| | ) | |
| VERONICA R DESHAY | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and hereby WITHDRAWS her Motion To Dismiss dated November 05, 2020.

Dated: January 04, 2021
WDMTDP--MF

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 04, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 04, 2021.

VERONICA R DESHAY
715 HAZEL VALLEY DRIVE
HAZELWOOD, MO  63042

/s/ Diana S. Daugherty
Diana S. Daugherty