**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | Case No: 18-42077  Chapter 13 |
| ) | |
| **VERONICA R DESHAY** ) | |
| ) | Hearing Date: 8/3/2023 |
| ) | Hearing Time: 10:00:00AM |
| Debtor ) | Location: St. Louis, Room 7 South |
| ) | Motion No: 56 |

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS FOR FAILURE TO TURN OVER TAX RETURN**

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Motion To Dismiss For Failure To Turn Over Tax Return dated February 09, 2023 previously set for hearing on August 3, 2023 at 10:00 AM in U.S. Bankruptcy Court, 111 S. 10th St., Room 7 South, St. Louis, MO   63102.

Dated: July 25, 2023
WDMISC--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 25, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 25, 2023.

VERONICA R DESHAY
715 HAZEL VALLEY DRIVE
HAZELWOOD, MO  63042

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660